# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| SEBRINA ISOM | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | § Civil Action No: 3:16-cv-03374 |
| | § |
| INTERNATIONAL BROTHERHOOD OF | § |
| TEAMSTERS, a labor organization; and | § |
| TEAMSTERS LOCAL UNION 509, | § |
| | § |
| Defendants. | § |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the above-captioned matter shall be dismissed with prejudice in its entirety and as against Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: November 29, 2016

Respectfully submitted,

THE CLARDY LAW FIRM, P.A.


/s/ B. Allen Clardy, Jr.
**B. Allen Clardy, Jr.**
(Fed Bar No. 6515)
**David W. Hartman**
(Fed Bar No. 9274)

1001 E. Washington St.
Greenville, SC 29601
(864) 233-8888
(864) 233-8889 fax
Allen@theclardylawfirm.com
David@theclardylawfirm.com


LAW OFFICE OF MATTHEW BOBO, PLLC.

**Matthew W. Bobo**
State Bar No. 24006860

4916 Camp Bowie Blvd.
Fort Worth, Texas 76107
Telephone: (817) 529-0774
Facsimile: (817) 698-9401
mbobo@mwblawyer.com

**ATTORNEYS FOR PLAINTIFF**


AND

/s/ Bill Nettles
Bill Nettles
(Fed Bar No. 06586)
Law Office of Bill Nettles
2008 Lincoln St.
Columbia, SC 29201
telephone: 803-814-2826
telecopier:
email: bill@billnettleslaw.com

Jonathan G. Axelrod (pro hac vice)
Beins, Axelrod, P.C.
1030 15th Street NW Suite 700 East
Washington, DC   20005
telephone: 202-328-7222
telecopier: 202-328-7030
e-mail: jaxelrod@beinsaxelrod.com

**ATTORNEYS FOR DEFENDANTS TEAMSTERS LOCAL 509**

/s/ Bill Nettles
Bill Nettles (S.C. State Bar No.: 65392)
Law Office of Bill Nettles
2008 Lincoln St.
Columbia, SC 29201
telephone: 803-814-2826
telecopier:
email: bill@billnettleslaw.com

**ATTORNEYS FOR DEFENDANT INTERNATIONAL BROTHERHOOD OF TEAMSTERS**